# Court of Appeals
# of the State of Georgia

ATLANTA,___April 23, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0707.  PARIO, INC. et al. v. HELEN CLEVELAND, P. C.**

This appeal was docketed in this Court on December 3, 2014. On December 9, 2014, Appellants' counsel filed a Motion to Withdraw as Counsel for Appellants Pario, Inc. and Carolyn Cole. On January 14, 2015, this Court granted Appellants' counsel's motion to withdraw and extended the deadline for filing Appellants' brief and enumeration of errors in this case until February 12, 2015.

On March 4, 2015, this Court notified Appellants that Appellant Pario, Inc., a corporation, cannot proceed pro se, and must have counsel to proceed with this appeal. This Court further notified Appellants that the failure to file their brief and enumeration of errors by the extended deadline of March 20, 2015, would result in dismissal of the appeal.

To date, Appellants have not filed their brief and enumeration of errors, and Appellant Pario, Inc. is still not represented by counsel in this case. Rather, on April 15, 2015, Appellant Carolyn Cole, filed a pro se motion on her own behalf for relief and to stay the appeal due to her pending bankruptcy proceedings.

Pursuant to Ga. Const. of 1983, Art. VI, Sec. IX, Par. II, this Court "shall dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term." This two-term rule imposes a constitutional requirement for all docketed appeals to be pursued diligently and decided within the prescribed time limitation.

In light of this constitutional requirement, as well as Pario, Inc's failure to obtain counsel and file a brief and enumeration of error, Appellant Carolyn Cole's motion to stay the appeal is DENIED and Case No. A15A0707 is DISMISSED as to

Appellant Pario, Inc. With regard to Appellant Carolyn Cole, we REMAND this case to the State Court of Fulton County for a determination of whether Appellant Carolyn Cole is entitled to an automatic bankruptcy stay.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 04/23/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*